```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 01474
   CYNTHIA E LEWIS
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2350

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 01/23/2008 and was confirmed 05/21/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 09/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------
NATIONAL AUTO FIN          SECURED VEHIC     24017.00          494.40         1291.75
INTERNAL REVENUE SERVICE   PRIORITY           7713.79             .00             .00
INTERNAL REVENUE SERVICE   UNSEC W/INTER       985.74             .00             .00
ROUNDUP FUNDING LLC        UNSEC W/INTER      1584.16             .00             .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER       793.99             .00             .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER       363.16             .00             .00
MEDICAL COLLECTIONS SYS    UNSEC W/INTER    NOT FILED            .00             .00
MERRICK BANK               UNSEC W/INTER      1200.62             .00             .00
ECAST SETTLEMENT CORP      UNSEC W/INTER       231.50             .00             .00
NATIONAL AUTO FIN          UNSEC W/INTER       834.37             .00             .00
TRIAD FINANCIAL CORP       SECURED NOT I          .00             .00             .00
TRIAD FINANCIAL CORP       UNSEC W/INTER    NOT FILED            .00             .00
ILLINOIS DEPT OF REVENUE   PRIORITY            659.33             .00             .00
ECAST SETTLEMENT CORP      UNSEC W/INTER       225.44             .00             .00
HSBC BANK NEVADA NA        UNSEC W/INTER       201.83             .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        3,488.50                        1,443.88
TOM VAUGHN                 TRUSTEE                                              277.66
DEBTOR REFUND              REFUND                                                  .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               3,507.69

PRIORITY                                           .00
SECURED                                       1,291.75
   INTEREST                                     494.40
UNSECURED                                          .00
ADMINISTRATIVE                                1,443.88
TRUSTEE COMPENSATION                            277.66
DEBTOR REFUND                                      .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 01474 CYNTHIA E LEWIS
```

```
                                    ---------------        ---------------
TOTALS                                     3,507.69               3,507.69
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
Dated: 12/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```